UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICO PAUL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-cv-02057-AGF ) |
| TRAVIS PACHECO, et al., | ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Plaintiff Rico Paul, proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983 against corrections officer Paul Pacheco, in his individual capacity, alleging that Pacheco was deliberately indifferent to Plaintiff's risk of suicide while Plaintiff was incarcerated at the Eastern Reception, Diagnostic and Correctional Center ("ERDCC"). The matter is now before the Court on Plaintiff's motion (ECF No. 21) for subpoenas. Specifically, Plaintiff requests to take depositions of the following non-parties: "Ashley Kopp, Mental Health Corizon Health Service employee assigned to ERDCC," "Anna C. Wideman, LPN Corizon Health Service employee assigned to ERDCC," and "C.O.I. Nathan Roney ERDCC." ECF No. 21. Plaintiff states that he believes these individuals have important information that will help his complaint, but Plaintiff provides no further detail. *Id.*

Local Rule 45-2.06(C) provides that pro se litigants like Plaintiff must file a written request for the issuance of any witness subpoenas. The request must set forth the name and address of each witness for whom the subpoena is sought, along with a brief summary of the substance of each witness's anticipated testimony. Plaintiff has not provided a summary of the

witnesses' anticipated testimony.  Therefore, the Court will deny Plaintiff's motion without prejudice.  Plaintiff may refile his motion for subpoenas and include the information set forth above.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for subpoenas is **DENIED without prejudice**.  ECF No. 21.  Any future request for the issuance of subpoenas must include the name and address of each witness for whom the subpoena is sought, along with a brief summary of the substance of each witness's anticipated testimony.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of June, 2019.