# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RICO PAUL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-02057-AGF |
| ) | |
| TRAVIS PACHECO, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion (ECF No. 29) for sanctions filed by Plaintiff Rico Paul, pro se, on July 10, 2019. In that motion, Plaintiff seeks sanctions against Defendant for Defendant's failure to comply with the Court's Order (ECF No. 23) to respond to Plaintiff's previously-filed motion to compel by June 25, 2019. Although Defendant indeed failed to comply with the Court's Order and failed to respond to Plaintiff's motion to compel, the Court nevertheless denied Plaintiff's motion to compel on June 1, 2019. The Court granted Plaintiff's motion for appointment of counsel that day, and the Court ordered that Plaintiff could seek the discovery at issue through appointed counsel. ECF No. 27.

On July 10, 2019, the Clerk of Court notified attorney Jeffrey Heater that he is appointed to serve as pro bono counsel on behalf of Plaintiff. ECF No. 28. In light of the appointment of counsel, the Court will deny Plaintiff's pro se motion for sanctions. Plaintiff may seek relevant discovery through appointed counsel and in accordance with the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for sanctions is **DENIED**.  ECF No. 29.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 12th day of July, 2019.