UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

_Rico Paul_, )
Plaintiff(s), )
)
vs. )  Case No. _4:18-CV-02057_
)
_Travis Pacheco_, )
Defendant(s). )

## NOTICE OF APPEAL

Notice is hereby given that _Plaintiff Rico Paul_, appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the _16th_ day of _August_, 20 _22_.

_[Signature] M056647_

_Attorney Talmage Newton_
Signature

**NOTE: IF YOU ARE NOT A PRISONER AND WERE PREVIOUSLY GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS CASE, YOU DO NOT NEED TO SUBMIT A MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND AFFIDAVIT IN SUPPORT. See Fed. R. App. 24(a).**